1  **Julian McMillan (SBN241937)**
   **McMillan Law Group, APC**
2  4655 Cass St., Suite 404
   San Diego, CA 92109
3  PH: 619.795.9430
   FX: 619.241.8291
4
5  Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WARYCK and SANGAM SHETH | Case No. 3:22-cv-01096-L-MDD |
| Plaintiffs, | **DELCARATION OF JULIAN MCMILLAN IN SUPPORT OF OPPOSITION TO MOTION TO TRANSFER VENUE TO INDIANA FEDERAL COURT** |
| v. | |
| THOR MOTOR COACH, INC.; FORD MOTOR COMPANY; MIKE THOMPSON RECREATIONAL VEHICLES, SANTA FE SPRINGS INLAND EMPIRE RV CENTER, INC. d/b/a MIKE THOMPSON RECREATIONAL VEHICLES, SANTA FE SPRINGS RV, and RELIABLE DELIVERY SERVICES, INC | Hearing Date: 10/21/22<br>Hearing Time: 10:30 a.m.<br>Courtroom: 5B<br><br>Honorable M. James Lorenz |
| Defendants | |

*0*

      I, JULIAN MCMILLAN, am counsel of record for Plaintiffs James Waryck and Sangam Sheth in California Southern District Court Case 3:22-cv-01096-L-MDD (**"THE CASE"**). I am over the age of eighteen (18) years and I am competent to testify regarding the facts contained herein. I possess personal knowledge of the facts contained herein and if called upon to testify I could and would do so as follows:

1. Upon review of the Motion to Transfer Venue, I began searching for suitable attorneys in the state of Indiana to take over the handling of The Case. Attached hereto as **EXHIBIT A** is a true and correct copy of the email correspondence I received from some of the attorneys operating in Indiana for Motor Home Lemon cases I was able to contact.

2. Several Indiana attorneys referred me to Ronald Burdge who appears to be the only attorney in Indiana (though he operates and is licensed in Ohio) who handles RV cases. His email response makes a number of references to Ohio law. A search of the California Bar website reveals that he is not qualified to practice California Law. As well, the Court can see from Mr. Burdge's email, that he will seek to have the clients advance costs if he is to take on The Case.

3. Attached hereto as **EXHIBIT B** is a true and correct copy of the online registration for Thor Motor Coach, Inc., I downloaded from the California Secretary of State's website.

4. Attached hereto as **EXHIBIT C** is a true and correct copy of the online registration for Mike Thompson Recreational Vehicles, Santa Fe Springs RV, I downloaded from the California Secretary of State's website.

5. Attached hereto as **EXHIBIT D** is a true and correct copy of the online registration for Reliable Delivery Service, Inc., I downloaded from the California Secretary of State's website.

6. It is my opinion that Defendants are seeking to change venue in

order to make the litigation unfeasible for Plaintiffs such as to encourage early settlement at an amount lower than Plaintiffs would be entitled to were The Case handled here in California where all of the operative facts occurred, where all of the percipient witnesses are located and where the principal piece of evidence is located.

Dated: October 3, 2022                    MCMILLAN LAW GROUP, APC

                                          By:   */s/ Julian McMillan, Esq.*
                                                Julian McMillan, Esq.
                                                Attorney for Plaintiffs

# EXHIBIT A

**Julian McMillan**

| | |
|---|---|
| **From:** | Ronald Burdge <ron@burdgelaw.com> |
| **Sent:** | Tuesday, September 20, 2022 10:40 AM |
| **To:** | Julian McMillan |
| **Subject:** | RE: CASD Case 22-01096 Waryck vs. Thor Motor Coach |
| **Attachments:** | How We Handle RV Case Attorney ReferralsWe handle RV Lemon Law.pdf |

Julian, thank you for the inquiry below.

We have been handling RV cases in Indiana federal courts for a very long time and have been in front of virtually every Judge and Magistrate Judge there (and even represented one of them in their own RV case). The way we handle referral of RV cases is explained more fully in the attachment and also below. For now, here is the basic info:

To take on an RV case, we handle them all the same way. The case is handled on a fee-shifting basis plus costs of litigation after an initial deposit on fees and costs and we seek to recover any fees or costs incurred or paid to or by the original referring attorney on the case (in short we work to protect your own fee/costs recovery too).

We require a costs deposit of $750 and a fee retainer equal to 2% of the RV purchase price or a $2,500 minimum fee retainer, with nothing more paid on fees directly from the client. After the case is started, the only out of pocket cost to the client is the normal costs of litigation (typically deposition and expert witness costs make up most litigation costs and we are careful about those).

I would be interested in providing any assistance we can and expect to be in the office this afternoon if you want to talk about any of this. Thanks, and

best regards,

*Ron*

Ronald L Burdge
Burdge Law Office Co LPA
8250 Washington Village Dr.
Dayton, OH 45458

T 937.432.9500
E Ron@BurdgeLaw.com

*RV Lemon Law – It's What We Do. Everyday.*

## How We Handle RV Case Attorney Referrals

We handle RV Lemon Law cases and have been doing it since 1986. Two of our attorneys don't handle anything else. When something else comes up, we refer that client's matter to another attorney who knows that area of law because, like most lawyers, we realize that a client's best interest is in having the right lawyer do the right job. Our attorneys post our CV's on our website and you can check us out at Avvo.com and SuperLawyers.com to see what other lawyers and our clients think about our experience and the quality of our legal work.

1

If you are thinking about referring your client's defective RV legal matter to us, you should know that on all other matters we will refer your client back to you and if you decide to refer your client to us, we will work to also protect your own fees too.

Ohio considers referral fees to be "fee sharing" and yes, we do share referral fees with other attorneys, nationwide, just as is allowed by the Ohio Rules of Professional Conduct. You should know what that means.

Under Ohio Rule 1.1, comment 6, and Ohio Rule 1.5, comment 7, lawyers can only refer cases to competent lawyers. We welcome your trust in handling your client's Lemon RV case and will work to show you and your client the work we do to maintain that trust.

All we ask of you is to understand that Referral attorney fees in Ohio comply with Ohio Rule 1.5 (e), which says:

A. the division of fees is in proportion to the services performed by each lawyer, and
B. the client gives written consent after disclosure of (1) the identity of each lawyer, (2) that the fees will be divided, (3) and that the division of fees will be in proportion to the services performed by each lawyer, and
C. a written closing is used in any case involving a contingent fee and is signed by the client and each lawyer and will comply with Ohio Rule 1.5(c)(2) except where court approval of the fee division is obtained, and will itemize the division of the fees earned by each attorney and any unpaid costs incurred by each attorney or owed by the client, and
D. the total fee is reasonable

We handle Referral RV cases on a "fee shifting" basis where the client's attorneys fees are sought to be shifted to the other side of the case, contingent upon winning and the entitlement to do so. In fee shifting, each attorney is paid in proportion to the hours worked on the case. In that manner, each attorney is being paid in proportion to the services performed.

If you refer your client's RV case to us, you can relax because:
A. You will have the peace of mind of knowing that your client has been referred to experienced RV trial lawyers, with a hard earned reputation for success and who have handled over a thousand defective RV cases for over 35 years.  This is what we do.
B. We will take on the rest of the fight to protect your client.
C. We will fight for your client to get the best result we can in the shortest time possible.
D. We will also fight to recover your fees just as hard as we fight to recover our fees.

We know that only by doing our best can your client respect you even more for having made the referral. And only in that way can we earn the trust of your referrals again in the future.   RV Lemon Law.  This is what we do.

Ron Burdge's CV Link: https://burdgelaw.com/ronald-burdge/
Beth Wells' CV Link: https://burdgelaw.com/elizabeth-wells/
Scarlett Steuart's CV Link: https://burdgelaw.com/scarlett-steuart/




# EXHIBIT B

**California** Secretary of State

Business | UCC

Login

Home

Search

Forms

Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search will search only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest

Skip to main content   State

## THOR MOTOR COACH, INC. (3376541)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 02/28/2011 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 701 CR 15, P.O. BOX 1486 ELKHART, IN 46515 |
| Mailing Address | P.O. BOX 1486 ELKHART, IN 46515 |
| Statement of Info Due Date | 02/28/2023 |
| Agent | 1505 Corporation 112 C T CORPORATION SYSTEM 330 N BRAND BLVD STE 700 GLENDALE, CA 91203 |



View History         Request Access

**California**
*Secretary of State*

Business   UCC

Login

Home

Search

Forms

Help

To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

Skip to main content   State

THOR MOTOR COACH, INC. (3376541)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 02/28/2011 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 701 CR 15, P.O. BOX 1486 ELKHART, IN 46515 |
| Mailing Address | P.O. BOX 1486 ELKHART, IN 46515 |
| Statement of Info Due Date | 02/28/2023 |
| Agent | 1505 Corporation 112 C T CORPORATION SYSTEM 330 N BRAND BLVD STE 700 GLENDALE, CA 91203 |

View History       Request Access



# EXHIBIT C

**California Secretary of State**

Business | UCC

Login

Home

Search

Forms

Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited

Skip to main content State

## MIKE THOMPSON RECREATIONAL VEHICLES, SANTA FE SPRINGS (1853276)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 03/04/1993 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 13940 FIRESTONE BLVD SANTA FE SPRINGS, CA 90670 |
| Mailing Address | 13940 FIRESTONE BLVD SANTA FE SPRINGS, CA 90670 |
| Statement of Info Due Date | 03/31/2023 |
| Agent | Individual 780430 FRANK DE GELAS 13940 FIRESTONE BLVD SANTA FE SPRINGS, CA 90670 |



View History        Request Access

**California**
*Secretary of State*

Business    UCC

Home

Search

Forms

Help

[Login]

...Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as

Skip to main content  State

## MIKE THOMPSON RECREATIONAL VEHICLES, SANTA FE SPRINGS (1853276)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 03/04/1993 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 13940 FIRESTONE BLVD SANTA FE SPRINGS, CA 90670 |
| Mailing Address | 13940 FIRESTONE BLVD SANTA FE SPRINGS, CA 90670 |
| Statement of Info Due Date | 03/31/2023 |
| Agent | Individual 780430 FRANK DE GELAS 13940 FIRESTONE BLVD SANTA FE SPRINGS, CA 90670 |

View History      Request Access



# EXHIBIT D

**California**
*Secretary of State*

Business    UCC

Login

Home

# Business Search

Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

Forms

Help

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

**RELIABLE DELIVERY SERVICE, INC. (2549876)**



Request Certificate

| | |
|---|---|
| Initial Filing Date | 08/22/2003 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 8915 SORENSEN AVENUE SANTA FE SPRINGS, CA 90670 |
| Mailing Address | 8915 SORENSEN AVENUE SANTA FE SPRINGS, CA 90670 |
| Statement of Info Due Date | 12/31/2022 |
| Agent | Individual 987312 DALE KIRK 8915 SORENSEN AVENUE SANTA FE SPRINGS, CA 90670 |



View History      Request Access

**Basic Search**

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

**Advanced Search**

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

Skip to main content   State

# California
*Secretary of State*

Business     UCC               Login

Home

Search

Forms

Help

not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

Reliable Delivery 🔍

Advanced ˅

Results: 15

## RELIABLE DELIVERY SERVICE, INC. (2549876)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 08/22/2003 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 8915 SORENSEN AVENUE SANTA FE SPRINGS, CA 90670 |
| Mailing Address | 8915 SORENSEN AVENUE SANTA FE SPRINGS, CA 90670 |
| Statement of Info Due Date | 12/31/2022 |
| Agent | Individual 987312 DALE KIRK 8915 SORENSEN AVENUE SANTA FE SPRINGS, CA 90670 |

View History     Request Access

| Entity Information | Initial Filing Date | Status | | | |
|---|---|---|---|---|---|
| A-1 RELIABLE DELIVERY LLC (202003610650) | 01/22/2020 | Active | | | |
| E.R. - RELIABLE DELIVERY, INC. (3246159) | 05/07/2010 | Terminated | | | |
| FAST RELIABLE DELIVERYS LLC (201819110058) | 07/06/2018 | Suspended - FTB | | | |
| RELIABLE CARGO DELIVERY, INC. (3921191) | 06/29/2016 | Suspended - FTB/SOS | | | |
| RELIABLE DELIVERY COMPANY INC (3942701) | 09/02/2016 | Active | Stock Corporation - CA - General | CALIFORNIA | COYOLICATZIN SANCHEZ |
| RELIABLE DELIVERY LLC (201002110169) | 01/20/2010 | Active | Limited Liability Company - CA | CALIFORNIA | KRISTIN YOUNG RAYDER ESQ |

Skip to main content State

**California**
*Secretary of State*

Home
Search
Forms
Help

Business | | UCC
---|---|---

| Business | | | |
|---|---|---|---|
| RELIABLE DELIVERY SERVICE, INC. (2549876) | > | 08/22/2003 | Active |
| RELIABLE DELIVERY SERVICE, INC. (346160) | > | 11/04/1957 | Suspended - FTB |
| RELIABLE DELIVERY SERVICE, INC. (70166380) | > | 04/01/1936 | Suspended - FTB |
| RELIABLE DELIVERY SERVICES, LLC (201503410259) | > | 01/30/2015 | Suspended - FTB |
| RELIABLE SERVICE DELIVERY, INC (3669799) | > | 04/24/2014 | Active |
| RELIABLE SPA DELIVERY & SERVICE, INC. (1690647) | > | 07/24/1991 | Suspended - FTB/SOS |
| SIMPLY RELIABLE MOVING & DELIVERY CORP. (3711362) | > | 09/15/2014 | Active |
| THE RELIABLE ONE DELIVERY SERVICE, INC. (2692470) | > | 11/24/2004 | Suspended - FTB |
| TRJ RELIABLE PACKAGE DELIVERY LLC (201822710209) | > | 08/13/2018 | Terminated |

[Login]

**RELIABLE DELIVERY SERVICE, INC. (2549876)**

Request Certificate

| | |
|---|---|
| Initial Filing Date | 08/22/2003 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 8915 SORENSEN AVENUE SANTA FE SPRINGS, CA 90670 |
| Mailing Address | 8915 SORENSEN AVENUE SANTA FE SPRINGS, CA 90670 |
| Statement of Info Due Date | 12/31/2022 |
| Agent | Individual 987312 DALE KIRK 8915 SORENSEN AVENUE SANTA FE SPRINGS, CA 90670 |

View History | Request Access