UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WARYCK and SANGAM SHETH,<br><br>                              Plaintiffs,<br><br>v.<br><br>THOR MOTOR COACH, INC. et al.,<br><br>                              Defendants. | Case No.:  22-cv-1096-L-KSC<br><br>**ORDER VACATING OSC HEARING, DISCHARGING OSC, AND RESETTING STATUS CONFERENCE** |

On May 3, 2023, the Court issued a Notice and Order Setting Early Neutral Evaluation ("ENE") Conference. *See* Doc. No. 35. The Notice and Order specifically ordered "all parties" to appear at the ENE with full settlement authority. *Id.* at 2. Because Plaintiff Sangam Sheth failed to appear at the conference, the Court issued an Order to Show Cause Why Sanctions Should Not Be Imposed Against Plaintiff and His Counsel for Failing to Participate in the Early Neutral Evaluation Conference. Doc. No. 39. Plaintiff and his counsel both submitted declarations attempting to show cause as ordered. *See* Doc. Nos. 40, 41. Based on the sworn statements by counsel and plaintiff Sheth, which admit to counsel's error and satisfy the Court that counsel and plaintiff Sheth understand their respective obligations under the Court's Rules going forward, the Court finds that sanctions

are not warranted. The Order to Show Cause is hereby **DISCHARGED** and the July 7, 2023, hearing on the Order to Show Cause is **VACATED**.

Due to a conflict on the Court's calendar, the Status Conference currently set for July 7, 2023, at 1:00 p.m. is **VACATED** and **RESET** for <u>**July 14, 2023**</u>, at <u>**11:00 a.m.**</u> The purpose of the conference is to discuss whether settlement is possible at least as to defendant Reliable Delivery Services, Inc., and whether a continued conference with the Court could help the parties reach a global settlement. To participate in the conference, counsel must dial the toll-free number, 1-877-873-8017, and use access code 2924630. Participants will remain on hold until the Court activates the conference call.

Dated:  June 27, 2023

Hon. Karen S. Crawford
United States Magistrate Judge