UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WARYCK, ET AL.<br><br>                                        Plaintiffs,<br>v.<br><br>THOR MOTOR COACH INC., ET AL.<br>                                       Defendants. | Case No.: 3:22-cv-1096-L-KSC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND**<br><br>**[ECF No. 47]** |
|---|---|

Pending before the Court in this action is Plaintiffs' motion for leave to amend the first amended complaint. Plaintiffs have indicated that Defendants Thor Motor Coach, Inc. and Mike Thompson Recreational Vehicles, Santa Fe Springs do not oppose the motion. Defendant Reliable Delivery Services, Inc., has not opposed within the time allowed by Civ. L. R. 7.1.e.2. The Court decides the matter on the papers submitted and without oral argument. *See* Civ. L. R. 7.1.d.1. For the reasons stated below, the Plaintiffs' motion is granted.

Rule 15 advises leave to amend shall be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). "This policy is to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (internal quotation marks and citation omitted).

> In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc. – the leave sought should, as the rules require, be freely given.

*Foman v. Davis*, 371 U.S. 178, 182 (1962) (internal quotation marks and citation omitted).

Here, the Court finds that allowing a second amended complaint would not cause undue delay, is not done in bad faith, would not cause undue prejudice, and would not be futile. As leave sought should, as the rules require, be freely given, and no parties oppose the amendment, leave will be granted.

Accordingly, Plaintiffs' motion for leave to amend is **granted**. No later than **November 1, 2023**, Plaintiffs shall file an amended complaint in compliance with this order, if any. Leave to amend is limited in scope addressed in the motion. Defendant shall file and serve a response, if any, no later than the time provided in Federal Rule of Civil Procedure 15(a)(3). The Plaintiffs also request an extension of all deadlines in the scheduling order. Pursuant to Civ. L. R. 16.2, the parties are instructed to contact the chambers of the Magistrate Judge assigned to this case regarding the scheduling order.

**IT IS SO ORDERED.**

Dated: October 25, 2023

_____
Hon. M. James Lorenz
United States District Judge